# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**WARREN AIKEN, JR.,**

      **Plaintiff,**

**v.**                              **Case No. 3:13cv562/MCR/CJK**

**BARRY S. SELTZER, et al.,**

      **Defendants.**
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 22, 2013 (doc. 3), pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court. No timely objections were filed.

Accordingly:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3. The Clerk is directed to close the file.

DONE AND ORDERED this 27th day of November, 2013.


*M. Casey Rodgers*
_____

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**